IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**BERNARD BANKS, JR.,**

    **Plaintiff,**

v.                                                Civil Action No. 3:24cv577

**MENTAL HEALTH AND MEDICAL NURSE
STAFFS HENRICO JAIL EAST,**

    **Defendant.**

## MEMORANDUM OPINION

By Memorandum Order entered on September 20, 2024, the Court conditionally docketed Plaintiff's action. (ECF No. 4.) At that time, the Court warned Plaintiff that he must keep the Court informed as to his current address. (ECF No. 4, at 3.) On November 12, 2024, the United States Postal Service returned an October 30, 2024 Memorandum Order to the Court marked, "RETURN TO SENDER" and "Released." (ECF No. 8, at 1.) Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Final Order shall accompany this Memorandum Opinion.

Date: 11/21/2024                                              /s/
Richmond, Virginia                              M. Hannah Lauck
                                                     United States District Judge